| | |
|---|---|
| Beveridge & Diamond, P.C.<br>201 N. Charles Street, Suite 2210<br>Baltimore, MD 21201 | Natural Resources Defense Council<br>40 West 20th Street, Floor 11<br>New York, NY 10011 |

Office of the Attorney General
25 Market Street
Trenton, New Jersey 08625

January 4, 2021

**VIA ECF**
Honorable Cathy L. Waldor
United States Magistrate Judge
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Re: NEW Caucus v. City of Newark, 18-cv-11025-ES-CLW

Dear Judge Waldor:

On June 2, 2020, the Court stayed this case for 90 days in light of coronavirus concerns. By consent of the parties, and in light of the parties' ongoing progress in working toward a resolution of the case, the stay has been extended 30 days at a time since the expiration of the original stay, and is due to expire today. The parties again write jointly to report that settlement efforts continue to be productive, and a successful resolution of the case seems close at hand. One final extension of the stay, for 30 days, will allow the parties to finalize their work and execute an agreement. The parties thus jointly request that the Court extend the stay to February 3, 2021. The parties understand that the same discovery obligations will apply as have applied during the stay to date.

Respectfully submitted,

| | |
|---|---|
| /s/ *Eric L. Klein*<br>Roy D. Prather, III<br>Bina R. Reddy, PHV<br>Eric L. Klein, PHV<br>Collin Gannon, PHV<br>Beveridge & Diamond, P.C.<br><br>*Counsel for City Defendants* | /s/ *Sara Imperiale*<br>Sara E. Imperiale<br>Jerome L. Epstein, PHV<br>Nancy S. Marks, PHV<br>Michelle A. Newman, PHV<br>Margaret T. Hsieh, PHV<br><br>*Counsel for Plaintiffs* |

/s/ *Andrew Reese*
Andrew Reese
Deputy Attorney General

*Counsel for NJDEP*

## CERTIFICATE OF SERVICE

 I hereby certify that on January 4, 2021 a true copy of the foregoing Joint Letter was served on all counsel of record using the Court's CM/ECF system.

*/s/ Roy D. Prather, III*

Roy D. Prather, III
